**Order entered August 4, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01118-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### HILARY THOMPSON HUTSON, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02704-2020**

## ORDER
Before Justices Partida-Kipness, Reichek, and Goldstein

Before the Court is appellant's supplemental emergency motion to abate this appeal. We **DENY** the motion.

/s/ ROBBIE PARTIDA-KIPNESS
JUSTICE